NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

IN RE: INTELLECTUAL VENTURES II, LLC,
*Appellant*

———————

2016-2416

———————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,204.

———————

**JUDGMENT**

———————

HENRY A. PETRI, JR., Polsinelli PC, Washington, DC, argued for appellant.

ROBERT J. MCMANUS, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 3, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |